# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC CHASE<br>(A/K/A DAVID BLACKWELL),<br><br>Defendant. | CRIMINAL NO.   RDB-23-0296 |

## CONSENT MOTION TO DISMISS COUNT TWO

The United States of America, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), for leave to dismiss Count Two of the Superseding Indictment (ECF 37).

While the government maintains Count Two was appropriately charged, proving the count at trial would introduce unnecessary complexity and raise potential appellate issues. In the interest of judicial efficiency, the Government seeks to dismiss Count Two and proceed to trial on Counts One and Three. The defendant consents to the dismissal of Count Two. No party will be prejudiced by this request.

WHEREFORE, the government respectfully requests that the Court grant this unopposed motion and dismiss Count Two of the indictment with leave of court.

                                                  Kelly O. Hayes,
                                                  United States Attorney

By:            /s/
                Patricia McLane
                Assistant U.S. Attorney
                Jacob Gordin
                Special Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count Two.

_____                              _____
Date                                                              Honorable Richard D. Bennett
                                                                   United States District Court Judge